59 A.3d 1083

C.A., A MINOR, BY HER MOTHER AND GUARDIAN AD LITEM, ESTHER APPLEGRAD, ESTHER APPLEGRAD, INDIVIDUAL-LY, AND GEDALIA APPLEGRAD, INDIVIDUALLY, PLAIN-TIFFS–RESPONDENTS, v. ERIC BENTOLILA, M.D., AND GITA PATEL, R.N., ET AL., DEFENDANTS, AND THE VALLEY HOS-PITAL, KOURTNEY KACZMARSKI, R.N., DEFENDANTS–MOV-ANTS.

December 6, 2012.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted.

59 A.3d 1083

NAACP OF CAMDEN COUNTY EAST AND GERALDINE THOMAS, ON BEHALF OF THEMSELVES AND ALL SIMILARLY SITU-ATED, PLAINTIFFS—RESPONDENTS, v. FOULKE MANAGE-MENT CORPORATION, DEFENDANT–APPELLANT.

January 24, 2013.

This appeal having been remanded to the Trial Court for purpose of reviewing the parties' proposed settlement, and the Trial Court having approved the settlement by order filed January 14, 2013, it is ORDERED that the appeal is dismissed.